# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of               Case Number:
ROMAN, INC., an Illinois corporation,
Plaintiff,
   v.

EUREKA IMPORTING & DISTRIBUTING LIMITED,
Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROMAN, INC.

```
FILED: AUGUST 11, 2008
08CV4529
JUDGE LINDBERG
MAGISTRATE JUDGE SCHENKIER
YM
```

| | |
|---|---|
| NAME (Type or print) | |
| Steven C. Filipowski | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Steven C. Filipowski | |
| FIRM | |
| Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C. | |
| STREET ADDRESS | |
| 20 North Wacker Drive - Suite 2900 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 0804045 | (312) 621-4400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |